UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**JEFFERY SCOTT DARBONNE #404394**    **CASE NO. 24-cv-958 SEC P**

-vs-    **JUDGE DRELL**

**DONOVAN DUPUY, ET AL**    **MAGISTRATE JUDGE PEREZ-MONTES**

## JUDGMENT ON REPORT AND RECOMMENDATION

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Darbonne's complaint (Doc. 1) is DISMISSED WITH PREJUDICE pursuant to § 1915A and § 1915(e) as the claims are barred by *res judicata* and his complaint is untimely.

THUS ORDERED AND SIGNED at Alexandria, Louisiana this 26th day of February 2025.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT